**FILED**

AUG 29 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SAM FRANCIS FOUNDATION; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>CHRISTIES, INC., a New York corporation,<br><br>        Defendant - Appellee. | No. 12-56067<br><br>D.C. No. 2:11-cv-08605-MWF-FFM<br>Central District of California, Los Angeles<br><br><br>ORDER |
| SAM FRANCIS FOUNDATION; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>EBAY, INC., a Delaware corporation,<br><br>        Defendant - Appellee. | No. 12-56068<br><br>D.C. No. 2:11-cv-08622-MWF-PLA<br>Central District of California, Los Angeles |
| ESTATE OF ROBERT GRAHAM; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>SOTHEBY'S, INC., a New York corporation, | No. 12-56077<br><br>D.C. No. 2:11-cv-08604-MWF-FFM<br>Central District of California, Los Angeles |

Defendant - Appellee.

Before: FERNANDEZ, N.R. SMITH, and MURGUIA, Circuit Judges.

Pursuant to General Order 5.4.c.3, the parties are directed to file simultaneous briefing setting forth their respective positions on whether this case should be heard en banc. The parties' briefs shall address whether there is a conflict in our case law regarding the applicability of *Healy v. Beer Inst.*, 491 U.S. 324 (1989). *Compare Rocky Mountain Farmers Union v. Corey*, 730 F.3d 1070, 1101 (9th Cir. 2013) ("[T]he dormant Commerce Clause holds that any 'statute that directly controls commerce occurring wholly outside the boundaries of a State exceeds the inherent limits of the enacting State's authority.'" (quoting *Healy*, 491 U.S. at 336)), *with Ass'n des Eleveurs de Canards et d'Oies du Quebec v. Harris*, 729 F.3d 937, 951 (9th Cir. 2013) ("[T]he [Supreme] Court has held that *Healy* . . . [is] not applicable to a statute that does not dictate the price of a product and does not 't[ie] the price of its in-state products to out-of-state prices.'" (quoting *Pharm. Research & Mfrs. of Am. v. Walsh*, 538 U.S. 644, 669 (2003)).

The parties shall file their briefs on or before September 19, 2014. The parties must file the original supplemental brief plus 50 paper copies.